UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| GIDEON C. ARRIGNTON, II,<br><br>    Plaintiff,<br><br>v.<br><br>MERCY HOSPITAL,<br><br>    Defendant. | Civil No. 20-1298 (JRT/ECW)<br><br>**ORDER** |

Gideon C. Arrington, II, c/o Geraldine E Scott, 221 North 44th Street, Apt. 2, Belleville, IL 62226, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated September 24, 2020, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 2, 2020
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court